**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| JOSCELYNE SIMS, Individually and on Behalf of the Minor Children Juanicia D. Causey, Laresia Causey, Johnesia Sims, and Johniah Sims | PLAINTIFF |
| v.   No. 4:10CV00759 JLH | |
| OAKLEY TRUCKING and FRANK A. MOORING | DEFENDANTS |

**JUDGMENT**

Pursuant to the Order entered separately today, the complaint is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE